UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:06-CR-84 |
| V. ) | (JORDAN/SHIRLEY) |
| ) | |
| ) | |
| WILLIE JOHNNY ODOMS ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

An initial appearance and arraignment were held in this case on July 31, 2006. Steven Cook, Assistant United States Attorney, was present on behalf of Tracee Plowell representing the government, and Beth Ford, Assistant Federal Defender, was present representing the defendant. Upon motion of the government for detention because the defendant has a criminal history of violence and pursuant to 18 U.S.C. Section 3142, it is ordered that a detention hearing is scheduled for **Thursday, August 3, 2006,** at **9:30 a.m.**, before the undersigned  The defendant shall be held in custody by the United States Marshal until that time and produced for the above scheduled hearing.

**IT IS SO ORDERED.**

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge