IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:06-CR-84 |
| ) | |
| WILLIE JOHNNY ODOMS ) | |

## O R D E R

This criminal case is before the court for review of the magistrate judge's report and recommendation filed on November 8, 2006 [doc. 22]. No objections to the report and recommendation have been filed within the time allowed, so it is ripe for the court's review. Under 28 U.S.C. § 636(b), a *de novo* review by the district court of a magistrate judge's report and recommendation is both statutorily and constitutionally required. *See United States v. Shami*, 754 F.2d 670, 672 (6th Cir. 1985). However, it is necessary only to review "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b); *see also United States v. Campbell*, 261 F.3d 628, 631-32 (6th Cir. 2001).

The court has reviewed the pleadings and the report and recommendation and concurs with the magistrate judge's findings of fact and

conclusions of law. Therefore, it is hereby **ORDERED** that the magistrate judge's findings of fact and conclusions of law are **ADOPTED**, and the defendant's motions to suppress evidence [docs. 15 and 18] are **DENIED**.

ENTER:

      *s/ Leon Jordan*
United States District Judge